# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE FERNANDO ROSARIO GONZALEZ
MARY CARMEN FLORES CASTRO

Bkrtcy. No. 11-03658-SEK
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 29, 2011
Meeting Date: Jun 09, 2011
DC Track No. 22

Days from petition date: 41
Meeting Time: 2:00 PM

910 Days before Petition: 10/31/2008
☐ Chapter 13 Plan Date: Apr 29, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) 2nd Bankruptcy petition.
Plan Base: $41,915.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Jul 12, 2011 Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.   Date   Amount
Total Paid In: $475.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☒ Debtor Present     ☒ ID & Soc. OK     ☐ Debtor Absent
☒ Joint Debtor Present ☒ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: Henriquez, Esq.   ☐ Pro-se.

☒ Creditor(s) present:  ☐ None.
F. Bank - Romero

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00   Paid Pre-Petition: $225.00   Outstanding: $2,775.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: —
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: —

6.041  The Trustee ☐ RECOMMENDS ☒ OBJECTS  Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR __ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:  ☒ Documents
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☒ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Debtor must submit premium calculator.
Debtor must provide joint debtor paystubs.
Retirement loan mature on March 24, 2008.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jun 09, 2011