THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF PUERTO RICO

| | |
|---|---|
| Jose F. Rosario Gonzalez<br>Mary C. Flores Castro<br>DEBTOR | 11-03658 SEK<br>CHAPTER 13 |

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 4

TO THE HONORABLE COURT:

COMES NOW CREDITOR, BANCO SANTANDER PR, represented by the undersigned attorney, and respectfully pray(s) and allege(s) as follows:

1. The appearing creditor filed a proof of claim number 4 on June 28 2011
2. The appearing creditor wishes to withdraw its proof of claim # 4 for $178,795.30

**WHEREFORE** the creditor(s) pray(s) from this Court to allow the withdrawal of this proof of claim.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose Ramon Carrion Morales Esq. US Trustee Monsita Lecaroz Arribas, Esq. and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, on this 28 day of June 2011.

Ramos & Bagué Law Office
PO BOX 306
Caguas, PR 00726-0306
Tel. (787) 502-8037
Fax (787) 653-6003
ramosbague@gmail.com

/s/Jessenia Ramos Talavera, Esq.
USDC 223607